STATE OF NORTH CAROLINA v. KENNETH D. HALL

No. 744SC738

(Filed 6 November 1974)

Criminal Law § 166— assignments of error abandoned

Assignments of error not argued in defendant's brief are deemed abandoned. Court of Appeals Rule 28.

APPEAL by defendant from *Cowper, Judge,* 20 May 1974 Session of ONSLOW County Superior Court. Submitted 14 October 1974 on briefs to the Court of Appeals pursuant to Court of Appeals Rule 10.

Defendant was charged in warrants dated 23 March 1974 with careless and reckless driving, failure to reduce speed to avoid an accident, driving while under the influence of intoxicating liquor, and hit and run. The defendant pleaded not guilty.

The State's evidence tended to show that two Marines were riding on a motorcycle on U. S. 17; that after stopping at a stoplight beside a Cadillac, which the defendant was driving, they proceeded north; that they accelerated down the road and changed lanes so as to be driving in front of the defendant; that the defendant pulled into the left lane beside them and began easing over toward the motorcycle; that he eventually hit them causing the motorcycle to crash producing some $779 damage; that the Cadillac sped off without stopping; that some other people chased after it and got the license number; that they returned and gave the number to the police officer at the scene; and that said officer went out and arrested the defendant.

The defendant's evidence was to the effect that he was not driving the car that day. He offered two witnesses in corroboration.

The case was submitted to the jury on the issues of careless and reckless driving and leaving the scene. The judge had previously granted the defendant's motion as of nonsuit on the issues of failure to reduce speed and driving while under the influence. From a verdict of guilty on both counts and a judgment sentencing the defendant to twelve months in county jail, the defendant appeals.

*Attorney General James H. Carson, Jr., by Assistant Attorney General Myron C. Banks for the State.*

*Edward G. Bailey for defendant appellant.*

CAMPBELL, Judge.

The defendant makes two assignments of error in the record, but as these assignments are not argued in the brief, they are deemed abandoned. (Court of Appeals Rule 28.) However, an appeal is an exception to the judgment, presenting the face of the record proper for review. The record in this case consists of the warrant, the defendant's plea of not guilty, the evidence offered at trial, the jury verdict of guilty, and the judgment imposed. We have carefully reviewed this record and find no error.

No error.

Judges BRITT and VAUGHN concur.